# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 4/21/2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/21/2015 8:53:42 AM

CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

TO:     1ST COURT OF APPEALS

From:    **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

CAUSE:    **1997-09681**

VOLUME _____ PAGE _____  OR   IMAGE # **64462201**

DUE **5/2/2015**        ATTORNEY **PRO SE**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  1ST**

**DATE JUDGMENT SIGNED:    3/3/2015**

**MOTION FOR NEW TRIAL DATE FILED   N/A**

**REQUEST TRANSCRIPT DATE FILED     N/A**

**NOTICE OF APPEAL DATE FILED        4/13/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )  60**

**FILE ORDERED:  YES ☐  NO ☒  IMAGED FILED:  YES ☒  NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  _/s/MICHELLE LOPEZ_
**MICHELLE LOPEZ, Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**) |
| **NA** | **AMENDED NOTICE OF APPEAL** |

4/13/2015 10:59:11 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4872821
By: Phyllis Washington
Filed: 4/13/2015 10:59:11 PM

## CAUSE NO. <u>1997-09681</u>

SANDRA LOPEZ,                                                IN THE COURT OF

PLAINTIFF

                                                             245TH JUDICIAL DISTRICT

v

JOSEPH ANDRE DAVIS,                                          HARRIS COUNTY, TEXAS

RESPONDENT

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that Respondent Joseph Andre Davis appeals from the final judgement

of dismissal/nonsuit without prejudice of Cause No. 97-09681 signed on March 3, 2015 in

245th District Court.  The case was filed under Cause No. 1997-09681 as Sandra Lopez,

Plaintiff and Joseph Andrew Davis, Respondent.  However, Cause No. 1997-09681 was tried

and decided in 245th District Court on August 13, 2014  under the names of Floyd Daniel

Lopez and Irma Olga Jimenez as Plaintiffs.  Respondent also appeals all adverse interlocutory

orders that merged into the final judgement.

Respectfully Submitted,


JOSEPH ANDRE DAVIS, PRO SE
3323 Rose Trace Drive
Spring, Texas 77386
jdavis1105@hotmail.com
(832) 660-7207

### CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in
accordance with the TEXAS RULES OF CIVIL PROCEDURE on APRIL 14, 2015.

**JOSEPH ANDRE DAVIS, PRO SE**

*joseph andre Davis*

12/15/2014 1:21:22 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 3488435
By: Bucko, Debbie

Pgs-1

MC
14FN

NO. **9709681**

(3)

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| JOSEPH ANDRE DAVIS II AND JORDAN ADRIANNA DAVIS | § | 245TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| CHILDREN | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING NONSUIT

On _____ the Court received the Notice of Nonsuit of FLOYD DANIEL LOPEZ and IRMA OLGA JIMENEZ and ORDERS this case dismissed without prejudice to FLOYS DANIEL LOPEZ and IRMA OLGA JIMENEZ's right to refile it. All costs incurred are taxed against FLOYS DANIEL LOPEZ and IRMA OLGA JIMENEZ, for which let execution issue if not paid.

SIGNED on _____.

Signed:
3/3/2015

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

N.E.Lester, Jr.
3730 Kirby Dr., Suite 1200
Houston, Tx 77098
Tel 713-660-6839
Fax 713-664-0395

By: **_Norman E. Lester, Jr/s/_**

Norman E. Lester, Jr.
Attorney for Petitioner
State Bar No. 12236650
HouTxLawyer@aol.com

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      APR 21, 2015(C1)
INT6510                 CIVIL CASE INTAKE               OPT: _____  -  INT
                     GENERAL PARTY INQUIRY              PAGE:   1  -    2

CASE NUM: 199709681__  PJN> __  TRANS NUM: _____  CURRENT COURT: 245 PUB? _
CASE TYPE: IV-D OAG ONLY-PATERNITY         CASE STATUS: DISPOSED (FINAL)
STYLE: LOPEZ, SANDRA                  VS DAVIS, JOSEPH ANDRE
==============================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME           PTY   ASSOC. ATTY
  NUM   NUMBER                                        STAT
_ 03 00010-0001 GAL 24038800 CANALES, CLAUDIA
_ 03 00009-0001 REL 12236650 JIMENEZ, IRMA OLGA            LESTER, NORMA
_ 03 00008-0001 RES          DAVIS, JOSEPH ANDREW          PRO-SE
_ 03 00008-0001 PSA 20151550 TOUPARD, KAREN ALICE
_ 03 00007-0001 REL 12236650 LOPEZ, FLOYD DANIEL           LESTER, NORMA
_ 02 00006-0001 RES          LOPEZ, SANDRA
_ 02 00005-0001 REL          DAVIS, JOSEPH A               PRO-SE
_ 01 00004-0003 RES          DAVIS, JOSEPH ANDR

==> (16) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 199709681__ PJN> __ TRANS NUM: _____ CURRENT COURT: 245 PUB? _
CASE TYPE: IV-D OAG ONLY-PATERNITY        CASE STATUS: DISPOSED (FINAL)
STYLE: LOPEZ, SANDRA                    VS DAVIS, JOSEPH ANDRE
========================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                        STAT
_ 01 00003-0002 REL 99999952 ATTORNEY GENERAL CHILD SUPPORT   AG CHILD SUPP
_ 01 00001-0002 REL 99999952 LOPEZ, SANDRA                    AG CHILD SUPP
_    00004-0002 DEF          DAVIS, JOSEPH ANDR               PRO-SE
_    00004-0001 DEF          DAVIS, JOSEPH ANDR               PRO-SE
_    00003-0001 PLT 99999952 ATTORNEY GENERAL CHILD SUPPORT   AG CHILD SUPP
_    00002-0001 DEF          DAVIS, JOSEPH ANDRE              PRO-SE
_    00002-0001 PAD 20151550 TOUPARD, KAREN ALICE
_    00001-0001 PLT 99999952 LOPEZ, SANDRA                    AG CHILD SUPP

==> (16) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP